IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE ANDREW BELL, | 1:09-cv-01855-GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| HIPPO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 22, 2009, plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 to the Northern District of California. Subsequently, plaintiff's case was transferred to the Eastern District of California. Plaintiff shall be required to submit a new application to proceed in forma pauperis on the form used by the Eastern District.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. Plaintiff is not required to submit another copy of his prison trust account statement. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   October 29, 2009                       /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE