UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HORACE BELL, | ) | 1:09-cv-01855-OWW-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO |
| | ) | CORRECT THE RECORD |
| vs. | ) | (Doc. 4.) |
| | ) | |
| SERGEANT G. FLIPPO, et al., | ) | ORDER FOR CLERK TO CORRECT |
| | ) | SPELLING OF DEFENDANT'S NAME |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Plaintiff, Horace Bell ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint on September 22, 2009, at the United States District Court for the Northern District of California. (Doc. 1.) On October 21, 2009, the case was transferred to the Eastern District of California. (Doc. 4.)

    On November 30, 2009, Plaintiff filed a motion to correct the court's record as to the spelling of the last name of one of the defendants in this action. (Doc. 13.) Plaintiff informs the court that the name is misspelled as "Sergeant Hippo" on the court's docket, and requests that the spelling be corrected to "Sergeant Flippo" before the complaint is served.

    Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion is GRANTED; and

///

1  2.   The Clerk of Court is directed to:
2       (1)   Correct the spelling of defendant's name on the court's record from "Sergeant
3             Hippo" to "Sergeant Flippo;" and
4       (2)   Change the caption of this case on the court's record from "<u>Bell v. Hippo</u>"to "<u>Bell
5             v. Flippo</u>."
6  IT IS SO ORDERED.

7  **Dated:   December 1, 2009**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE